UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

RHODELLA WRIGHT,                                  :     Case No. 13-CV-4976 (NRB)
                                                  :
                              Plaintiff,          :
                                                  :
        v.                                        :
                                                  :
                                                  :
JEWISH CHILD CARE ASSOCIATION                     :
OF NEW YORK,                                      :
                                                  :
                                                  :
                              Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


## CERTIFICATE OF SERVICE

RACHEL S. FISCHER, under penalty of perjury, declares the following:

I am an attorney with the law firm Proskauer Rose LLP, attorneys for Defendant Jewish

Child Care Association of New York.

I hereby certify that, on August 15, 2014, I caused true and correct copies of the

following documents to be served by overnight delivery on Plaintiff Rhodella Wright, who

appears *pro se* in this action:  (1) Notice of Motion for Summary Judgment; (2) Memorandum of

Law in Support of Defendant's Motion for Summary Judgment; (3) an Appendix to Defendant's

Memorandum of Law with copies of all unpublished cases cited by Defendant, as required by

Rule 7.2 of the Local Rules of the United States District Courts for the Southern and Eastern

Districts of New York; (4) Declaration of Susan D. Friedfel, Esq., and exhibits attached thereto;

(5) Declaration of Richard Hucke and exhibit attached thereto; (6) Declaration of Lawrence

Johnson and exhibits attached thereto; (7) Declaration of Ruben Luyando and exhibits attached

thereto; (8) Defendant's Statement of Undisputed Facts Pursuant to Local Civil Rule 56.1; (9)

Notice to Pro Se Litigant Who Opposes a Rule 56 Motion for Summary Judgment; and (10) letter to Judge Buchwald summarizing Defendant's arguments on Summary Judgment, as required by the Court's Individual Practices.

True and correct copies of the documents listed above were sent via overnight delivery upon Plaintiff at the address listed below:

Rhodella Wright
1199 Fulton Avenue, Apt 2C
Bronx, NY 10456-4300

Dated: August 15, 2014
New York, New York

_Rachel Fischer_

Rachel S. Fischer